UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   26-CR-80016-Singhal/Maynard

UNITED STATES OF AMERICA

vs.

JUSTICE ORLANDO,

Defendant.
_____/

## FACTUAL BASIS IN SUPPORT OF GUILTY PLEA

The United States of America and Defendant JUSTICE ORLANDO (hereinafter "ORLANDO") agree that had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt as to count six of the Indictment, charging ORLANDO with knowingly making a false statement to a federal firearms dealer material to the lawfulness of the acquisition of a firearm, in violation of Title 18, United States Code, Section 922(a)(6) and 2.

1.     On February 26, 2025, Task Force Officer Kevin Drummond with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") assisted the Palm Beach County Sheriff's Office ("PBSO") Gang Unit after the execution of a warrant on a residence.   During the search, law enforcement seized six (6) firearms from the residence. After law enforcement conducted traces of the firearms, it was discovered that one of the firearms, a Palmetto State Armory Model Whatnext-15, had a short time to crime of fifty-one (51) days.   Short time to crime is terminology by ATF to describe the timeframe between when a firearm is purchased and when the firearm is then recovered.   Any time to crime less than 365 days is typically indicative of a straw purchase.

2.     Based on the short time to crime, TFO Drummond investigated the purchaser of the firearm, finding that the purchaser was the co-defendant Malacki FRAY.   Through investigation, it was determined that nine additional firearms had been purchased by FRAY and recovered on different individuals. Of these nine firearms, five of them had a short time to crime upon recovery.

3.     FRAY is not a Federal Firearms Licensed Dealer ("FFL").   A Federal Firearms License (FFL) is a license required by Title 18, United States Code, Section 923 that enables an individual or company to engage in the business of manufacturing, importing or dealing in firearms. To obtain such a license, an individual or company must complete an application and pay a fee to the Office of the Attorney General. Therefore, without an FFL, FRAY is not able to conduct purchases of the firearms and resell them for a profit.

4.     When an individual purchases a firearm from an FFL, they are required to fill out an ATF form 4473.   On ATF form 4473 question number 21(a) states:

> Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)?   Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person.   If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.

FRAY was not the actual transferee/buyer of the above firearms.

5.     On March 31, 2025, PBSO SWAT executed a residential State search warrant at FRAY's residence in Riviera Beach, Florida. During the execution of the warrant, FRAY was detained.   During the post-*Miranda* interview, FRAY advised he had purchased one firearm for an individual and he was not the actual purchaser.

6.     FRAY advised the communications related to the sale would be contained in his cellular device.   Pursuant to a search warrant to seize and search FRAY for his cellphone,

2

detectives recovered the phone from FRAY.

7.     On April 7, 2025, TFO Drummond obtained a state warrant to search FRAY's cellular device.   TFO Drummond reviewed the extraction of FRAY's device and located numerous communications related to the buying and selling of firearms between FRAY, ORLANDO, another co-defendant identified as Jordan ROUSSEAU, and other unidentified and identified individuals.

8.     In reviewing the extraction, a conversation between number 561-323-1800, later identified as a number belonging to ORLANDO, related to purchasing firearms for ORLANDO. ORLANDO is under twenty-one years of age. In the State of Florida, an individual must be 21 years of age to purchase a firearm, including handguns, rifles, and shotguns. Federally, an individual can purchase a rifle or shotgun if the individual is over 18. Due to ORLANDO living in Florida, he cannot purchase any firearms while under 21.

9.     Specifically, the firearms FRAY purchased for ORLANDO include:

| Date of Purchase/False Statement | Firearms | Licensed Firearms Dealer |
| --- | --- | --- |
| December 18, 2024 | Two (2) Palmetto State Armory Dagger Compact frames | Gator Guns and Pawn 2489 N Military Trail WPB, FL |
| January 10, 2025 | Two (2) Palmetto State Armory Dagger Compact frames | Gator Guns and Pawn 2489 N Military Trail WPB, FL |
| February 7, 2025 | Two (2) Palmetto State Armory Dagger Compact frames | Shoot Straight 7171 Southern Blvd WPB, FL |
| February 8, 2025 | Two (2) Palmetto State Armory Dagger frames | Shoot Straight 7171 Southern Blvd WPB, FL |

10.   FRAY's cellular device contains numerous communications relating to purchasing the above-listed firearms for ORLANDO.

11.   Specifically, on December 18, 2024, FRAY purchased two firearms for ORLANDO, which included two Palmetto State Armory Dagger Compact for ORLANDO with serial numbers CD032496 and SZF038888.   The text communication relating to these purchases are as follows:

- December 11, 2024: ORLANDO sent a link to FRAY regarding FRAY purchasing two firearm lower receivers at Palmetto State Armory ("PSA").   Below is the picture:



- ORLANDO then texted FRAY, "like 140 to order these right."   FRAY responded, "Like 150."

- December 13, 2024: FRAY texted ORLANDO he was ready to "order right now I'm on standby."   ORLANDO responded "So you gonna walk in to the ffl and pick up for me nd than I'll pick it up from you."   FRAY responded "yea." After other relevant communications, ORLANDO texted FRAY: "Send order confirmation when u order it" and "I sent the 150." FRAY responded with a photo of the order confirmation below:

**THANK YOU FOR YOUR PURCHASE**

We'll email you an order confirmation with order details and tracking info.

**Your FFL Orders**

| 12119375487 | Ship to: | Malacki Fray<br>GATOR GUNS & PAWN INC<br>2489 N MILITARY TR<br>WEST PALM BEACH, Florida<br>33409<br>US |
|---|---|---|

CONTINUE SHOPPING

- ORLANDO further asked whether FRAY would pick up the firearm for ORLANDO at the FFL, and then ORLANDO would pick it up from FRAY. FRAY responded in the affirmative.

- December 16, 2024: ORLANDO texted FRAY:

  ORLANDO:     Yo is it alr if i try to order this AR to the ffl?
               it's like a lil $350 arp off a website like PSA.

  FRAY:        That straight also *they are prepping for shipping.*

  ORLANDO:     Hopefully they ship today.

- December 18, 2024: FRAY texted ORLANDO, "Yoo I was knocked out it should touch down today actually but I'm at work. do you want to get it 1st thing in the Am?"

  The above communications relate to FRAY talking about the Palmetto State Armory Dagger firearm that FRAY purchased for ORLANDO on December 13, 2024.

12.     The two firearms were delivered to Gator Guns and picked up by FRAY and delivered to ORLANDO on December 18, 2024. One of the firearms was recovered 22 days to crime relating to a shots fired call in Miami.  The firearm was not recovered on ORLANDO.

13.     FRAY checked "yes" he was the actual transferee/buyer of the two firearms-"P.S.A. DAGGER COMPACT" for both frames.   TFO Drummond obtained a copy of the 4473 form that FRAY filled out and confirmed FRAY advised he was the actual transferee/buyer of the firearms listed on the form.

14.     Furthermore, FRAY's device contains communications relating to a January 10, 2025, firearm purchase for ORLANDO. On January 10, 2025, FRAY purchased two firearms for ORLANDO, specifically two Palmetto State Armory Dagger Compact for ORLANDO with serial numbers CD036892 and SZF047614.   The text communications relating to these purchases are as follows:

- January 3, 2025: ORLANDO sends a link to FRAY with several firearms in the link and says he's "ready to order more" and states "LMK total for both."

- January 5, 2025: ORLANDO sent FRAY a text advising he is ready to order. FRAY responded as to whether ORLANDO wanted the two pistol lowers and the rifle lower.   ORLANDO responded: "Lemme jus grab the two pistol lowers for now."

   ORLANDO then sent a link for two PSA Dagger Compact lowers, stating: "And the $70 for transfer fees when they come in."   ORLANDO also sent a screenshot of a payment confirmation of $160.00 he made to FRAY.



- <u>January 6, 2025</u>: FRAY then responded with a screenshot of the order confirmation of the firearms to ORLANDO.



- <u>January 10, 2025</u>: ORLANDO texts FRAY they delivered.  ORLANDO tells FRAY LMK when you can pick up and then tells FRAY he has 50 dollars zelle and the rest in cash for the transfer fees. FRAY eventually tells ORLANDO to meet him at Gator Guns.  ORLANDO and FRAY communicate back and forth in reference to meeting at Gator Guns and ORLANDO tells FRAY he is in a Tesla and FRAY says he is in a White Honda. They talk about meeting near the parking lot to exchange the guns. FRAY even tells ORLANDO they have cameras in the parking lot.

15.    These two firearms were actually picked up by FRAY on January 10, 2025. FRAY checked "yes" he was the actual transferee/buyer of the two firearms. TFO Drummond obtained a copy of the 4473 FRAY filled out and confirmed FRAY advised he was the actual transferee/buyer of the firearms listed on the form for the two PSA lower receivers.

16.    The firearms were not recovered on ORLANDO. One firearm was recovered during a traffic stop in Martin County within ninety days' time to crime, and the other firearm

7

was recovered within 179 days' time to crime and was linked to three separate shootings. One shooting occurred eight days after the firearm was purchased.

17. Furthermore, FRAY's cellular device contains communications relating to firearm purchases on February 7, 2025, for ORLANDO. On February 7, 2025, FRAY purchased two firearms for ORLANDO. The communications relating to these firearms include the following regarding a total of four firearms; however, when FRAY went to the dealer, FRAY received only two firearms. The remaining two firearms were received on February 8, 2025. The communications relating to all four firearms are below:

- January 26, 2025: ORLANDO requests "4 frames" from FRAY. ORLANDO asks for "the $50 PSA daggers." FRAY responds "I gotchu."

- January 31, 2025: ORLANDO and FRAY communicate about FRAY purchasing more PSA lowers for ORLANDO. ORLANDO sends FRAY links of the firearms and indicates he will send FRAY $280. FRAY sends the following screenshot to ORLANDO:

Order Placed! Print Receipt #12119892059

**THANK YOU FOR YOUR PURCHASE**

We'll email you an order confirmation with order details and tracking info.

**Your FFL Orders**

12119892059  Ship to:  Malacki Fray
SHOOT STRAIGHT
7171 SOUTHERN BLVD
WEST PALM BEACH,
Florida 33413
US

- February 4, 2025: ORLANDO asks if "They shipped." FRAY responds: "They shipped."

- February 5, 2025: ORLANDO sends FRAY a screenshot of the firearms being delivered to Shoot Straight.

8



- <u>February 7, 2025</u>: ORLANDO states "I got transfer fee cash." FRAY and ORLANDO text about them both arriving at Shoot Straight.

18.    Two PSA Dagger Compact were picked up by FRAY on February 7, 2025. The 4473 forms indicate FRAY stated he was the purchaser.   One of the firearms was recovered in Martin County within sixty-two days' time to crime.   The firearm was not recovered on ORLANDO.

19.    Finally, FRAY's device contains communications relating to the February 8, 2025, firearms purchase.   On February 8, 2025, ORLANDO stated the following: "It was 4 frames I only got 2."   FRAY and ORLANDO then discussed the money ORLANDO paid FRAY. ORLANDO then sends the following link of the firearms he was supposed to receive:



20.    FRAY responded "this never happened before" and that "I forgot we ordered 4." ORLANDO explains he can meet at Shoot Straight.   FRAY responds to go to the Mobil near Shoot Straight.

21.    The two remaining PSA Dagger Compact frames were picked up by FRAY on February 8, 2025.   The 4473 forms indicate FRAY stated he was the purchaser.

22.    Based on the communications between FRAY and ORLANDO, officers obtained a state search warrant for ORLANDO's residence and cellphone. During the search of his residence, several firearms were located.   None of the firearms included the eight firearms that FRAY previously purchased for ORLANDO. Officers also located several items appearing to be Glock switches, including a Glock switch that was on the plate of a 3D printer and firearm parts.

23.    A "firearm" is any weapon designed to or readily convertible to expel a projectile by the action of an explosive. The term includes the frame or receiver of any such weapon or any firearm muffler or silencer.

24.    All events having occurred in the Southern District of Florida.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 5/6/2026          By: _____
                            SHANNON O'SHEA DARSCH
                            ASSISTANT UNITED STATES ATTORNEY

Date: 5/6/26            By: _____
                            FLYNN BERTISCH, ESQ.
                            ATTORNEY FOR DEFENDANT

Date: 5-6-26            By: _____
                            JUSTICE ORLANDO
                            DEFENDANT

11